THE STATE v. KAISER.

Intoxicating Liquors: NUISANCE: NO APPEARANCE OR ARGUMENT FOR APPELLANT: AFFIRMED.

*Appeal from Wapello District Court.*

FILED, JUNE 4, 1888.

INDICTMENT for a nuisance in owning and keeping intoxicating liquors for sale in a certain building contrary to law. The defendant pleaded guilty, and it was adjudged that he pay a fine and the costs of the action, and an order was made for the abatement of the nuisance. Defendant appeals.

No appearance for appellant.

*A. J. Baker*, Attorney General, for the State.

ROTHROCK, J.—The appeal is presented to us upon a transcript of the indictment, plea and judgment and order of the court. So far as appears upon the face of the record the judgment and order are correct, and we can discover no ground for disturbing them.

AFFIRMED.